

**Fleming Eugene MURRELL, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

**Barry STARKS, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Oct. 25, 1974.

Rehearing Denied Feb. 7, 1975.

Stuart L. Lyon, David Kaplan, Nicholas King, Geoffrey P. Morris, Staff Atty., Louisville, for appellants.

Ed W. Hancock, Atty. Gen., Raymond Larson, Asst. Atty. Gen., Frankfort, for appellees.

Memorandum Opinion PER CURIAM, Affirming.*

**PRITCHETT, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Oct. 25, 1974.

Rehearing Denied Feb. 7, 1975.

Anthony M. Wilhoit, Public Defender, Joseph S. Freeland, Paducah, for appellant.

Ed W. Hancock, Atty. Gen., Mark F. Armstrong, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion PER CURIAM, Affirming.*

**William "Bill" FEE and Burgoine Fee, Appellants,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Nov. 8, 1974.

Rehearing Denied Feb. 7, 1975.

Denver Adams, Hyden, for appellants.

Ed W. Hancock, Atty. Gen., Robert L. Chenoweth, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion PER CURIAM, Affirming.*

* Opinion ordered not to be published.